## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| KATHLEEN M. MAHONEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | No. 2:10-cv-161-GZS |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| Of Social Security, | ) | |
| | ) | |
| Defendants | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 13) filed March 30, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the commissioner is **AFFIRMED.**

      /s/ George Z. Singal
      United States District Judge

Dated this 25th day of April, 2011.